FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GABRIEL JOSEPH ANDREW,<br><br>　　　　　　　　Defendant. | NO: 2:18-CR-00181-RHW<br><br>ORDER GRANTING MOTION FOR DISCOVERY PROTECTIVE ORDER |

 Before the Court is the Government's Motion for Discovery Protective Order, ECF No. 16, and the Government's Motion to Expedite its Motion for Discovery Protective Order, ECF No. 17. The Government requests a protective order in this case restricting the use and dissemination of discovery materials that contain sensitive personal information of real persons pursuant to Federal Rule of Criminal Procedure Rule 16(d)(1). ECF No. 16. These Motions were heard without oral argument and on an expedited basis.

 The Government states that the discovery materials contain medical records complete with medical history of an alleged victim in this case and because some of the information may be relevant to the defense, the Government cannot redact the information prior to production as redaction would impede defense counsel's ability to conduct its own investigation. *Id*. The Government further states that

ORDER GRANTING MOTION FOR DISCOVERY PROTECTIVE ORDER * 1

Defendant's counsel has been contacted regarding this Motion and has no objection. *Id*.

Having reviewed the Government's Motion and proposed protective order, and noting that there is no objection by the Defendant, the Court finds good cause to grant the request and enters the following order regarding the disclosure of discovery and sensitive information to Defense counsel.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Government's Motion for Discovery Protective Order, **ECF No. 16**, is **GRANTED.**
2. The Government's Motion to Expedite its Motion for Discovery Protective Order, **ECF No. 17**, is **GRANTED.**
3. The United States is authorized to disclose discovery in its possession and any Protected Information contained therein. As used herein, "Protected Information" means sensitive personal, medical, and financial information including for example, social security numbers, driver's license and identification information, dates of birth, birth places, addresses, phone numbers, e-mail addresses, personal photographs, and medical history and findings.
4. Counsel for Defendant ("Defense Counsel") shall not share or provide any discovery items produced by the United States in this case with anyone other than designated Defense Counsel, defense investigators, retained expert witnesses, and support staff. Defense Counsel may permit his or her respective Defendant to view un-redacted discovery items in the presence of Defense Counsel, defense investigators, and support staff. Defense Counsel personally, or through Defense Counsel's investigators and support staff, may show un-redacted discovery items to witnesses in regard to items or events about which a witness may have personal knowledge. Defense Counsel and his or his or her investigators and support staff shall not allow

ORDER GRANTING MOTION FOR DISCOVERY PROTECTIVE ORDER * 2

his or her respective defendant or witnesses to copy Protected Information contained in the discovery.

5. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States. At the conclusion of the case, Defense Counsel will return the discovery to the United States or will certify that it has been shredded. If the assigned Defense Counsel is relieved or substituted from the case, Defense Counsel will return the discovery to the United States or certify that it has been shredded.

6. Defense Counsel shall store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons contrary to the Protective Order.

7. Defense Counsel shall be responsible for advising his or her respective Defendant, employees, witnesses, and other members of the defense team of the contents of this Protective Order.

8. This Protective Order shall also apply to any new Defense Counsel that may later become counsel of record in this case.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 11th day of October, 2018.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

ORDER GRANTING MOTION FOR DISCOVERY PROTECTIVE ORDER * 3