PROB 12C
(6/16)

Report Date: February 17, 2022

# United States District Court

### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gabriel Joseph Andrew          Case Number: 0980 2:18CR00181-RHW-1

Address of Offender:          Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: May 13, 2019

Original Offense:          Domestic Assault By A Habitual Defender Resulting in Substantial Bodily Injury, 18
                            U.S.C. § 117

Original Sentence:    Prison - 41 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Joseph P. Derrig          Date Supervision Commenced: December 17, 2021

Defense Attorney:    Lorinda Meier Youngcourt     Date Supervision Expires: December 16, 2024

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Mr. Andrew violated the terms of his supervised release by using methamphetamine and marijuana, on or about January 23, 2022.

On December 17, 2021, Mr. Andrew reviewed the judgment for case number 2:18-CR-00181-RHW-1, which outlines the supervised release conditions.  He was provided a copy and acknowledged an understanding of his obligations to the Court.

On January 26, 2022, Mr. Andrew reported to the U.S. Probation Office as directed. Mr. Andrew provided a urinalysis specimen that tested presumptive positive for marijuana and methamphetamine. Thereafter, he admitted to the undersigned, and via a signed statement, that he last used both of these illicit substances on January 23, 2022.

Prob12C
**Re: Andrew, Gabriel Joseph**
**February 17, 2022**
**Page 2**

2          **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Andrew violated the terms of his supervised release by consuming alcohol on or about January 29, 2022.

On December 17, 2021, Mr. Andrew reviewed the judgment for case number 2:18-CR-00181-RHW-1, which outlines the supervised release conditions.  He was provided a copy and acknowledged an understanding of his obligations to the Court.

On January 29, 2022, the undersigned received a voicemail and a subsequent police report from a Spokane Tribal Police Department (STPD) officer indicating that he contacted Mr. Andrew. The STPD officer indicated a complainant contacted law enforcement stating that Mr. Andrew was extremely intoxicated and excessively knocking on her door. Upon making contact with Mr. Andrew, the STPD officer noted that Mr. Andrew was exhibiting signs of alcohol intoxication and threatened to fight the STPD officer. Mr. Andrew ultimately agreed to leave the residence and he was not charged with any crime.

3          **Standard Condition #9**: If you are arrested or questioned by a law enforcement officer , you notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Mr. Andrew violated the terms of his supervised release by failing to notify the probation officer within 72 hours that he was questioned by a law enforcement officer on January 29, 2022.

On December 17, 2021, Mr. Andrew reviewed the judgment for case number 2:18-CR-00181-RHW-1, which outlines the supervised release conditions.  He was provided a copy and acknowledged an understanding of his obligations to the Court.

On January 29, 2022, Mr. Andrew was contacted and questioned by a STPD officer, per STPD  incident report 22-0068. On February 8, 2022, the undersigned made contact with Mr. Andrew at his residence and he acknowledged that he was questioned by law enforcement and did not report this information to the undersigned.

4          **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Andrew violated the terms of his supervised release by failing to report to his U.S. Probation Office on or about February 10, 2022.

On December 17, 2021, Mr. Andrew reviewed the judgment for case number 2:18-CR-00181-RHW-1, which outlines the supervised release conditions.  He was provided a copy and acknowledged an understanding of his obligations to the Court.

On February 8, 2022, the undersigned made contact with Mr. Andrew at his residence. Mr. Andrew acknowledged that he had relapsed on alcohol since he last reported to the U.S. Probation Office on January 26, 2022. The undersigned directed Mr. Andrew to report to the

Prob12C
**Re: Andrew, Gabriel Joseph**
**February 17, 2022**
**Page 3**

U.S. Probation Office on February 10, 2022, for the purpose of creating a detailed plan of action to address his ongoing substance abuse. Mr. Andrew acknowledged an understanding of this directive. On February 10, 2022, Mr. Andrew failed to report to the U.S. Probation Office as directed nor did he contact the undersigned for explanation. The undersigned officer's attempts to contact Mr. Andrew since February 10, 2022, have been unsuccessful as of this writing.

5        **Special Condition # 8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mr. Andrew violated the terms of his supervised release by consuming alcohol on or about February 15, 2022.

On December 17, 2021, Mr. Andrew reviewed the judgment for case number 2:18-CR-00181-RHW-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

On February 16, 2022, the undersigned received information from a STPD officer that he made contact with Mr. Andrew on February 15, 2022. Specifically the STPD officer indicated that he was dispatched to an intersection in Wellpinit, Washington, at 1:42 p.m., as there was an unconscious male who was later identified as Mr. Andrew. Upon making contact with Mr. Andrew the STPD officer detected the smell of alcohol emitting from his person. The STPD officer was able to wake up Mr. Andrew in which he clenched his fists and exhibited signs that he wanted to fight the STPD officer. The STPD officer was ultimately able to give Mr. Andrew a courtesy ride and he admitted to consuming alcohol.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 17, 2022

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Andrew, Gabriel Joseph**
**February 17, 2022**
**Page 4**

## THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

_____2/18/2022_____

Date