PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: March 8, 2022

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 08, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Gabriel Joseph Andrew | Case Number: 0980 2:18CR00181-SAB-1 |
| Address of Offender: | Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley Bastian, Chief U.S. District Judge

Date of Original Sentence: May 13, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Domestic Assault By a Habitual Defender Resulting in Substantial Bodily Injury, 18 U.S.C. § 117 | | |
| Original Sentence: | Prison - 41 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: | December 17, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | December 16, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/18/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #8**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Andrew violated the terms of his supervised release by consuming alcohol on or about March 8, 2022.<br><br>On December 17, 2021, Mr. Andrew reviewed the judgment for case number 2:18CR00181-RHW-1, which outlines the supervised release conditions.  He was provided a copy and acknowledged an understanding of his obligations to the Court.<br><br>On March 8, 2022, the undersigned spoke with Spokane Tribal Police Officer, Clayton Flett, in which he stated that he had arrested Mr. Andrew on the federal warrant issued on February 18, 2022. Officer Flett informed the undersigned that prior to detaining Mr. Andrew he observed him holding a beer can and he admitted he had consumed alcohol on or about March 8, 2022. Mr. Andrew was not arrested on new charges though he was taken |

Prob12C  
**Re: Andrew, Gabriel Joseph**  
**March 8, 2022**  
**Page 2**

      into custody on the aforementioned federal warrant.

7  **Special Condition # 6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

  **Supporting Evidence**: It is alleged that Mr. Andrew has violated the terms of his supervised release as he has failed to undergo a substance abuse evaluation since he commenced his term of supervised release on December 17, 2021.

  On December 17, 2021, Mr. Andrew reviewed the judgment for case number 2:18CR00181-RHW-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

  Mr. Andrew was last directed to obtain a substance abuse evaluation by the undersigned on January 26, 2022, after he admitted to using methamphetamine and marijuana. Mr. Andrew was provided information as to where this assessment could take place. On February 8, 2022, Mr. Andrew informed the undersigned that he had yet to obtain a substance abuse assessment and he was subsequently directed to report to the U.S. Probation Office on February 10, 2022. Mr. Andrew failed to report to the U.S. Probation Office on February 10, 2022, and thus there has been no information to suggest that Mr. Andrew has undergone a substance abuse evaluation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 8, 2022

      s/Jonathan C. Bot

      Jonathan C. Bot  
      U.S. Probation Officer

Prob12C
Re: Andrew, Gabriel Joseph
March 8, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

_____3/8/2022_____
Date